Case 4:22-cv-02354   Document 31   Filed on 01/30/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 30, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES WHITAKER, Individually and For Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENBRIDGE (U.S.) INC.,<br><br>Defendant. | CIVIL ACTION NO. H-22-2354 |

## FINAL JUDGMENT

In accordance with the court's Memorandum of today, this action is **DISMISSED without prejudice**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 30th day of January, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE